IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DONALD E. MORAN, #171514**                                                              **PLAINTIFF**

**V.**                                                **CIVIL ACTION NO. 1:13cv111-JMR**

**DR. REDDIX and**
**MARCUS THORN**                                                                        **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court pursuant to Defendants' Motions for Summary Judgment [70, 72] and the Plaintiff's Motion [75] for Summary Judgment. In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion entered by the Court this date, the Court hereby enters its Final Judgment in the above-captioned matter. It is therefore,

ORDERED that Defendants' Dr. Reddix and Marcus Thorn, Motions [70, 72] for Summary Judgment be, and are hereby granted. It is further,

ORDERED that this Civil Action is hereby dismissed with prejudice against Dr. Reddix and Marcus Thorn, whether advanced under 42 U.S.C. § 1983 or state law in both their individual and official capacities. It is further,

ORDERED that Moran's Motion [75] for Summary Judgment be, and is hereby denied. It is further,

ORDERED that each party bear their respective costs associated with these motions.

This the 9th day of June, 2014.

                                                                                                _s/ John M. Roper, Sr._____
                                                                                CHIEF UNITED STATES MAGISTRATE JUDGE